UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PHILLIP CRAIG BAILEY,<br><br>        Plaintiff,<br><br>    v.<br><br>IAN PARKINSON, et al.,<br><br>        Defendants. | No. CV 11-10167-DMG (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the magistrate judge's report and recommendation. The Court accepts the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is accepted.

2. Defendants' Motion for Summary Judgment is granted.

3. Judgment shall be entered consistent with this order.

4. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: September 26, 2014

                                                    DOLLY M. GEE<br>
                                       UNITED STATES DISTRICT JUDGE