# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PHILLIP CRAIG BAILEY,<br><br>    Plaintiff,<br><br>    v.<br><br>IAN PARKINSON, et al.,<br><br>    Defendants. | No. CV 11-10167-DMG (PLA)<br><br>**JUDGMENT** |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: September 26, 2014

                                                    /s/ Dolly M. Gee
                                                    DOLLY M. GEE
                                                    UNITED STATES DISTRICT JUDGE